UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACQUELINE VALENTINE,<br><br>Plaintiff,<br><br>v.<br><br>SAN LUIS OBISPO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | No. 2:25-cv-08492-DSF (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Jacqueline Valentine ("Plaintiff"), the Order re Complaint issued by the assigned magistrate judge (Dkt. 4), and the Report and Recommendation of the magistrate judge (Dkt. 6, "Report"). Plaintiff did not file a timely Objection to the Report. The Report is approved and accepted.

    Therefore, IT IS HEREBY ORDERED that Plaintiff's IFP Request (Dkt. 2) is DENIED and Judgment shall be entered dismissing this action with prejudice as to the Complaint's federal law claims asserted against Defendant San Luis Obispo County Sheriff's Department and Defendant Dignity Health

1  doing business as Arroyo Grande Community Hospital and without prejudice
2  as to all other claims.
3
4
5  Dated: November 14, 2025
6

                                                DALE S. FISCHER
                                                United States District Judge