JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE VALENTINE, | ) | No. 2:25-cv-08492-DSF (JDE) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SAN LUIS OBISPO COUNTY | ) | |
| SHERIFF'S DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all federal law claims asserted in this action against all Defendants San Luis Obispo County Sheriff's Department and Dignity Health doing business as Arroyo Grande Community Hospital are dismissed with prejudice and all other claims are dismissed without prejudice.

Dated: November 14, 2025

_____
DALE S. FISCHER
United States District Judge